UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL,<br><br>        Plaintiff,<br><br>  v.<br><br>BANKS, et al.,<br><br>        Defendants. | No. 2:15-cv-2100 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion (ECF No. 4) is granted; and

2. This action is dismissed.

Dated: November 4, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuns2100.59